UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALWINDER SINGH,

                Plaintiff,

-against-

U.S CITIZENSHIP AND IMMIGRATION
SERVICES and U.S DEPARTMENT OF
HOMELAND SECURITY,

                Defendants.

26-CV-2542 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) requesting that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated:  April 27, 2026
       White Plains, New York

                SO ORDERED.

                _Jessica Clarke_
                JESSICA G. L. CLARKE
                United States District Judge